UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL NEU and DEBRA NEU,

    Plaintiffs,

v.                                    Case No.:  2:23-cv-1152-JLB-KCD

SAFE HARBOR INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Defendant Safe Harbor Insurance Company removed this case to federal court based on diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1.) The parties now seek a remand back to state court because it was discovered "that [they lack] the diversity of citizenship required for the Court to have original jurisdiction over the Action." (Doc. 9 at 2.)

After reviewing the motion and docket, the Court agrees that remand is proper. Accordingly, it is **ORDERED**:

1. The Joint Motion to Remand Action to State Court (Doc. 9) is **GRANTED**.

2. This action is remanded to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida. The state-court case was previously captioned 2023-012327-CA.

3. The Clerk is directed to transmit a certified copy of this Order to the clerk of court for the Twentieth Judicial Circuit in and for Lee County, Florida. Following remand, the Clerk is directed to deny any pending motions, terminate all deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on December 21, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record